IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NETCRAFT CORPORATION,

    Plaintiff,

v.

AT&T MOBILITY LLC, ET AL.,

    Defendants.

No. C 10-80043 JSW

**ORDER OF REFERRAL TO MAGISTRATE JUDGE FOR REPORT AND RECOMMENDATION**

On February 23, 2010, Defendant AT&T Mobility LLC filed a motion to compel RPX Corporation to produce a witness for deposition and for production of unredacted documents, as well as a motion to shorten time to hear the motion. Pursuant to Northern District Civil Local Rule 72-1, the Court HEREBY REFERS the motions to a randomly assigned Magistrate Judge to prepare a report and recommendation. If you do not hear from the Court regarding an assignment to a Magistrate Judge within 14 days, please contact this Court's Courtroom Deputy, Jennifer Ottolini at 415-522-4173.

**IT IS SO ORDERED.**

Dated: February 24, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom