IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NETCRAFT CORPORATION,

    Plaintiff,

v.

AT&T MOBILITY LLC, ET AL.,

    Defendants.
_____/

No. C 10-80043 JSW

**AMENDED ORDER OF REFERRAL TO MAGISTRATE JUDGE FOR DISPOSITION**

On February 23, 2010, Defendant AT&T Mobility LLC filed a motion to compel RPX Corporation to produce a witness for deposition and for production of unredacted documents, as well as a motion to shorten time to hear the motion. On February 24, 2010, pursuant to Northern District Civil Local Rule 72-1, the Court referred the motions to a randomly assigned Magistrate Judge to prepare a report and recommendation. The motions are currently pending before Magistrate Bernard Zimmerman. The undersigned amends the original referral order to Magistrate Judge Zimmerman for <u>disposition</u>, instead of a report and recommendation.

**IT IS SO ORDERED.**

Dated: March 3, 2010

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE

cc: Wings Hom