UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NETCRAFT CORPORATION, | ) | |
| Plaintiff(s), | ) | No. C10-80043 JSW (BZ) |
| v. | ) | **ORDER TRANSFERRING PLAINTIFF'S MOTION TO COMPEL** |
| AT&T MOBILITY LLC, et al., | ) | |
| Defendant(s). | ) | |

Before the court is defendant's motion to compel non-party RPX to comply with subpoenas issued in this district in a lawsuit which is pending in the United States District Court for the District of Delaware. RPX is headquartered in this district.

At a telephone conference held on March 3, 2010, at which all parties were represented by counsel, the parties agreed that this dispute is best resolved by the district court in Delaware. RPX's objections to the subpoena include that it is prohibited by the Delaware Court's discovery cut off and that it substantially overlaps with a pending motion in limine to be decided by the Delaware Court on March 17, 2010. **IT IS**

1

**THEREFORE ORDERED** that defendant's motion to compel RPX to comply with the subpoenas issued in this District is transferred to the United States District Court for the District of Delaware for resolution.  <u>Devlin v. Transportation Communications International Union</u>, 2000 WL 249286 (S.D.N.Y.), citing <u>In re Digital Equipment Corp.</u>, 949 F.2d 228, 231 (8th Cir. 1991).  **IT IS FURTHER ORDERED** that the parties shall prepare a proposed briefing schedule to be submitted to the Honorable Gregory Sleet which would permit the matter to be resolved at the March 17, 2010 pretrial conference.

Dated: March 5, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\NETCRAFT V. AT&T\TRANSFER ORD.wpd